RECEIVED

JUL 24 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:19-CR-00144-01 |
| VERSUS | * | CHIEF JUDGE HICKS |
| DEANDRAY CHARLES GRANT | * | MAGISTRATE JUDGE HORNSBY |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 23, 2018, in the Western District of Louisiana, the defendant, DeAndray Charles Grant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a DPMS Panther Arms, model: A-15 rifle, caliber: Multi (.556 Nato); and ammunition, and the firearm was in and affecting commerce in violation of Title 18, United States Code, Section 922 (g)(1). [18 U.S.C. § 922(g)(1)]

### FORFEITURE NOTICE

A. The allegation in COUNT 1 is realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d).

B. Upon conviction of the firearm and ammunition offense alleged in the Count set forth above in this Indictment, the defendant, DeAndray Charles

Grant, shall forfeit to the United States the following items seized by law enforcement officers on or about November 23, 2018:

    1) a DPMS Panther Arms, model: A-15 rifle, caliber: Multi (.556 Nato)

    2) Twenty-eight (28) rounds of .556 caliber ammunition.

C.    By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d)

All in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d) [18 U.S.C. § 924(d)].

A TRUE BILL

*REDACTED*

GRAND JURY FOREPERSON

David C. Joseph
United States Attorney

By: *J. Aaron Crawford*
J. Aaron Crawford, #31682
Assistant United States Attorney
300 Fannin Street, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600